UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEEVENSON PERSONA,<br><br>Defendant. | CASE NO. 3:25-cr-00055<br><br>JUDGE Newman<br><br>INFORMATION<br><br>18 U.S.C. § 1343 |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

[18 U.S.C. § 1343 – Wire Fraud]

From on or about April 19, 2021 through on or about September 27, 2021, in the Southern District of Ohio, Defendant **STEEVENSON PERSONA**, with intent to defraud and having devised a scheme to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, transmitted any writings by means of wire communications in interstate commerce – namely, an interstate wire between southern Ohio and Virginia and Colorado – for the purpose of executing the scheme to defraud.

In violation of Title 18, United States Code, Section 1343.

KELLY A. NORRIS
ACTING UNITED STATES ATTORNEY

*Elizabeth McCormick*
**ELIZABETH L. MCCORMICK (0087862)**
**Assistant United States Attorney**